

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00101-CV
### No. 10-15-00108-CV

### IN THE INTEREST OF J.T., A CHILD
### AND
### IN THE INTEREST OF M.K., A CHILD

**From the 74th District Court
McLennan County, Texas
Trial Court Nos. 2013-2639-3 and 2013-154-3**

## ORDER

The above appeals are proceedings involving the Texas Department of Family and Protective Services that ordered the termination of the parent-child relationship between William K. and his children, J.T. and M.K. Richard Ferguson has now been appointed by the court to represent William K. in these appeals.

These appeals are reinstated. As stated in this Court's abatement order, counsel for William K. is ordered to notify this Court no later than October 8, 2015 if he intends to adopt the motions to withdraw and briefs in support of the motion pursuant to

*Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed.2d 493 (1967) previously filed by Nita Fanning or if he will be filing briefs on the merits. Any briefs on the merits by counsel for William K. are due by October 15, 2015. Because these are accelerated appeals, motions for extension will be highly disfavored. *See* TEX. R. JUD. ADMIN. 6.2(a).

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeals reinstated
Order delivered and filed October 1, 2015

